IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONATHAN WESLEY BREWER**                                              **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00085-BSM**

**TRUESCREEN, INC.**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE